DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEUNDRE D. DUNN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-936

_____

April 3, 2024

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Jonah K. Dickstein, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Jonathan P. Hurley, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and NORTHCUTT, and LUCAS, JJ., Concur.

_____

Opinion subject to revision prior publication.